**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EMMETT JOHNSON, | ) | CASE NO. CV 13-07464 JVS (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS AND |
| vs. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: December 19, 2013

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE