**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT JOHNSON, | CASE NO. CV 13-07464 JVS (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT, | |
| Respondent. | |

    This matter came before the Court on the Petition of EMMETT JOHNSON, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 19, 2013

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE